1  Tanya E. Moore, SBN 206683
   M<small>OORE</small> L<small>AW</small> F<small>IRM</small>, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:15-cv-00303-SAB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| THOMAS AQUINAS CONNELLY, Trustee of the CONNELLY REVOCABLE TRUST dated September 27, 1979, as amended, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Thomas Aquinas Connelly, Trustee of the Connelly Revocable Trust dated September 27, 1979, as amended; Margaret Allene Connelly, Trustee of the Connelly Revocable Trust dated September 27, 1979, as amended; EMF, LLC, a California limited liability company; Jaswir Singh dba Evergreen Food Store; Ran Thean dba Fresh Donuts; William Yen Chin dba Chinese To Go Pagoda Room; and Baljit Kaur dba Palka Bazar, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: July 13, 2015                              MOORE LAW FIRM, P.C.


                                                 */s/ Tanya E. Moore*
                                                 Tanya E. Moore
                                                 Attorney for Plaintiff
                                                 Ronald Moore

Date: August 3, 2015                             BERLINER COHEN


                                                 */s/ Laura Palazzolo*
                                                 Laura Palazzolo
                                                 Attorneys for Defendants,
                                                 Thomas Aquinas Connelly, Trustee of the
                                                 Connelly Revocable Trust dated September 27,
                                                 1979, as amended; Margaret Allene Connelly,
                                                 Trustee of the Connelly Revocable Trust dated
                                                 September 27, 1979, as amended; EMF, LLC, a
                                                 California limited liability company; Jaswir Singh
                                                 dba Evergreen Food Store; Ran Thean dba Fresh
                                                 Donuts; William Yen Chin dba Chinese To Go
                                                 Pagoda Room; and Baljit Kaur dba Palka Bazar

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **August 3, 2015**

UNITED STATES MAGISTRATE JUDGE